```
Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Brenda Bryan obo Lavinia Bryan
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-2098<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Brenda Bryan obo Lavinia Bryan,<br>            Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (BRENDA BRYAN obo LAVINIA BRYAN) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

*[signature]*

Attorneys for Plaintiff, Brenda Bryan obo Lavinia Bryan

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2  DATED: April 27, 2009         DLA PIPER US LLP

3

4                                By: _____
                                     Michelle Sadowsky
5                                    Attorneys for Defendants

6

7

8  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10  Dated: APR 3 0 2009

11                                 _____
                                   Hon. Charles R. Breyer
                                   United States District Court

12

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

PFZR/1035934/6190655v.1